```
DANIEL J. BRODERICK, #89424
Federal Defender
LINDA HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
TATIANA FILIPPOVA
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
BRENT GREENSTREET
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. 10-275-EFB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| BRENT GREENSTREET, | ) Date:  October 26, 2010 |
| | ) Time:  10:00 a.m. |
| Defendant. | ) Judge: Hon. Edmund F. Brennan |
| _____ | ) |

    IT IS HEREBY STIPULATED between the parties through their respective counsel, Matthew C. Stegman, Assistant United States Attorney, and Linda Harter, Chief Assistant Federal Defender, attorney for BRENT GREENSTREET, that the Court vacate the court trial date set for October 26, 2010 at 10:00 a.m.  We respectfully request the Court set a court trial date for January 18, 2011 at 10:00 a.m.

    At present, Mr. Greenstreet has been set for deployment to Japan by the United States Army starting October 15, 2010 for thirty-seven days.  The parties were informed by the court that the dates requested above were available opportunities for the case to be heard.  The

1  parties also  agree that the ends of justice served by granting
2  defendant's request for a continuance, outweigh the best interest of
3  the public and the defendant in a speedy trial, because the defense
4  requires more time to prepare and negotiate a resolution.  18 U.S.C. §
5  3161(h)(7)(A).

6  The parties stipulate that for the purpose of computing time under
7  the Speedy Trial Act, the Court should exclude time from the date of
8  this order through January 18, 2010, for defense preparation.  18
9  U.S.C. § 3161(h)(7)(B)(iv) [Local Code T4].

10 Dated:   October 12, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda Harter
_____
LINDA HARTER
Chief Assistant Federal Defender
Attorney for Defendant
BRENT GREENSTREET

17 Dated: October 12, 2010        BENJAMIN B. WAGNER
                                  United States Attorney


/s/ Matthew C. Stegman
MATTHEW C. STEGMAN
Assistant United States Attorney

**ORDER**

23 IT IS SO ORDERED.

24 Dated: October 12, 2010

_____
Edmund F. Brennan
United States Magistrate Judge

Stipulation and Order                -2-