1  BENJAMIN B. WAGNER
   United States Attorney
2  JILL THOMAS
   Assistant U.S. Attorney
3  MATTHEW P. DE MOURA
   Certified Law Clerk, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2936

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   Mag. No. 10-275 EFB
                                  )
12          Plaintiff,             )   Order
                                  )
13     v.                          )
                                  )
14 BRENT GREENSTREET,             )   DATE: January 18, 2011
                                  )   TIME: 10:00 a.m.
15          Defendant.             )   JUDGE: Hon. Edmund F. Brennan
   _____)

16

17     It is Hereby Ordered that the plaintiff United States of

18 America's motion to dismiss Mag. No. 10-275 EFB is GRANTED.

19     IT IS SO ORDERED.

20 Dated: January 18, 2011

21                                 _____
                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE